IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

TONY EUGENE GRIMES, #148 206        *

    Petitioner,                              *

v.                                     * CIVIL ACTION NO. 3:05-CV-1226-F

KENNETH L. JONES, WARDEN, *et al.*,       *

    Respondents.                        *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 9th day of January, 2006.

                                                        /s/ Vanzetta Penn McPherson
                                                        VANZETTA PENN MCPHERSON
                                                        UNITED STATES MAGISTRATE JUDGE