IN THE CIRCUIT COURT OF LEE COUNTY

STATE OF ALABAMA VS GRIMES TONY EUGENE

| Date | Code | Description |
|---|---|---|
| 01/22/2002 | DAT2 | SET FOR: HEARING ON 01/29/2002 AT 0800A (AR10) |
|  | APPL | APPEAL "TO" TYPE: "S" (AR10) |
| 05/31/2002 | DAT2 | SET FOR: HEARING ON 06/19/2002 AT 0810A (AR10) |
|  | TEXT | ORDER TO TRANSPORT DEFT FROM WILLIAM E DONALDSON |
| 06/05/2002 | PRTY | PARTY ADDED W020 JAMES T GULLAGE (AW21) |
|  | SUBP | WITNESS SUBPOENA ISSUED TO W020 JAMES T GULLAGE (AW21) |
|  | PRTY | PARTY ADDED W021 HON ROBERT M HARPER (AW21) |
|  | ISSD | PARTY W021 ISSUED DATE: 06052002 TYPE: (AW21) |
|  | SUBP | WITNESS SUBPOENA ISSUED TO W021 HON ROBERT M HARP |
|  | PRTY | PARTY ADDED W022 NICK ABBETT (AW21) |
|  | ISSD | PARTY W022 ISSUED DATE: 06052002 TYPE: (AW21) |
|  | SUBP | WITNESS SUBPOENA ISSUED TO W022 NICK ABBETT (AW21) |
|  | PRTY | PARTY ADDED W023 ANNETTE HARDY (AW21) |
|  | ISSD | PARTY W023 ISSUED DATE: 06052002 TYPE: (AW21) |
|  | SUBP | WITNESS SUBPOENA ISSUED TO W023 ANNETTE HARDY |
|  | PRTY | PARTY ADDED W024 WILLIE BENNETT (AW21) |
|  | ISSD | PARTY W024 ISSUED DATE: 06052002 TYPE: (AW21) |
|  | SUBP | WITNESS SUBPOENA ISSUED TO W024 WILLIE BENNETT |
|  | PRTY | PARTY ADDED W025 ELIZABETH MCADORY BORG (AW21) |
|  | ISSD | PARTY W025 ISSUED DATE: 06052002 TYPE: (AW21) |
|  | SUBP | WITNESS SUBPOENA ISSUED TO W025 ELIZABETH MCADORY |
|  | PRTY | PARTY ADDED W026 MARGARET BROWN (AW21) |
|  | ISSD | PARTY W026 ISSUED DATE: 06052002 TYPE: (AW21) |
|  | SUBP | WITNESS SUBPOENA ISSUED TO W026 MARGARET BROWN (AW21) |
|  | PRTY | PARTY ADDED W027 KENNY WILKES (AW21) |
|  | ISSD | PARTY W027 ISSUED DATE: 06052002 TYPE: (AW21) |
|  | SUBP | WITNESS SUBPOENA ISSUED TO W027 KENNY WILKES (AW21) |
|  | PRTY | PARTY ADDED W028 TOMMY DAWSON (AW21) |
|  | ISSD | PARTY W028 ISSUED DATE: 06052002 TYPE: (AW21) |
|  | SUBP | WITNESS SUBPOENA ISSUED TO W028 TOMMY DAWSON (AW21) |
| 06/13/2002 | TEXT | ORDER |
| 07/11/2002 | TEXT | ORDER TO TRANSCRIBE HEARING AND TO GIVE COPIES TO ALL PARTIES |
| 07/15/2002 | TEXT | ORDER GRANTING 14 DAYS FOR DA TO RESPOND TO MTN FOR SPEEDY TRIAL |
| 10/13/2004 | TEXT | MOTION FOR APPOINTMENT OF COUNSEL |
|  | TEXT | MOTION FOR RECONSIDERATION OF SENTENCE |
| 11/10/2004 | TEXT | ORDER DIRECTING DOC TO PROVIDE INFO |
| 01/13/2005 | TEXT | RESPONSE TO ORDER |
| 02/08/2005 | TEXT | ORDER DENYING MOTION |
| 03/08/2005 | TEXT | MOTION FOR NEW TRIAL AND OR RELIEF FROM ORDER |
| 03/21/2005 | JFEL | JUROR FELONY FLAG SET ON FOR INDIVIDUAL (AR10) |
|  | APPL | CASE APPEALED ON: 03/17/2005 (AR10) |
|  | APPL | APPEAL "TO" TYPE: "O" (AR11) |
|  | APDT | APPEAL DATE CHANGED FROM: 00/00/0000 (AR11) |
|  | INTR | INDTRL TYPE CHANGED FROM: (AR11) |
|  | ATYW | ATYW TYPE CHANGED FROM: (AR11) |
|  | APTY | APPEAL TYPE CHANGED FROM: (AR11) |
|  | IRA0 | IRA TYPE CHANGED FROM: (AR11) |
|  | PROS | PROSECUTOR CHANGED FROM: (AR11) |
|  | ATY1 | ATTY 1 CHANGED FROM: (AR11) |
|  | ATY1 | ATTY 1 TYPE CHANGED FROM: (AR11) |

Exhibit: "B"

HARDNETT              03212005