IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| TONY EUGENE GRIMES, #148 206 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-1226-WKW |
| KENNETH L. JONES, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Stay Proceedings pending resolution of pending state court proceedings, and for good cause, it is

ORDERED that the motion (Doc. No. 8) be and is hereby DENIED..

Done this 19th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE