IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |  |
|---|---|---|
| TONY EUGENE GRIMES, #148 206 | * | |
| Petitioner, | * | |
| v. | * | 3:05-CV-1226-WKW |
| KENNETH L. JONES, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion to Clarify, which the court construes as Motion to Correct and/or Amend Recommendation, and for good cause, it is

ORDERED that the motion (Doc. No. 14) be and is hereby DENIED.

Done this 14th day of March 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED   STATES   MAGISTRATE   JUDGE